BEFORE THE THIRD DIVISION, MARCH 9, 1964

**No. 68343.**—Ucagco, Inc. *v.* United States, protest 63/938 (Boston).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the items of merchandise are entireties in chief value of wood similar in all material respects to the tile plaques in wood frames the subject of Abstract 66699, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 11, 1964

**No. 68344.**—International Expediters, Inc. *v.* United States, protest 63/12708 (New York).

Opinion by RAO, J.  It appearing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely under section 514, Tariff Act of 1930.

**No. 68345.**—Standard Commodities Import & Export Corp. et al. *v.* United States, protests 61/19149, etc. (Los Angeles).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.